AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All funds on deposit in Wells Fargo bank account number 1010253472393 in the name of Makesha Anderson Bobo and Terrance A. Bobo | )<br>)<br>) Case No. 7:25cr210<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___South Carolina___ is subject to forfeiture to the United States of America under __21__ U.S.C. § __853, 881__ *(describe the property)*:

All funds on deposit in Wells Fargo bank account number 1010253472393 in the name of Makesha Anderson Bobo and Terrance A. Bobo.

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Applicant's signature*

HSI Special Agent, Paul N. Criswell
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date: __11/14/2023__

City and state: Greenville SC 29601

U.S. Magistrate Judge Kevin F. McDonald
*Printed name and title*